# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **OTIS WILLIAMS,** )<br>　**Plaintiff,** )<br>　　　　　　　　　　　　　　　　　　　　)<br>**v.** 　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>**B.C.O. RIVERS,** 　　　　　　　　　　　)<br>　**Defendant.** 　　　　　　　　　　　　)	| **CIVIL ACTION 1:22-00101-KD-MU** |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 1, 2022, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice due to Plaintiff's failure to comply with the Court's order and to prosecute this action by paying the partial filing fee.

**DONE** and **ORDERED** this the **5th** day of **August 2022.**

　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**