# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **OTIS WILLIAMS,** )  | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION 1:22-00101-KD-MU** |
| ) | |
| **B.C.O. RIVERS,** ) | |
|     **Defendant.** ) | |

## JUDGMENT

In accordance with the Order **ORDERED** issued on this date, it is **ORDERED, ADJUDGED,** and **DECREED,** that this action is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **5th** day of **August 2022.**

                                           /s/ Kristi K. DuBose  
                                           **KRISTI K. DuBOSE**  
                                           **UNITED STATES DISTRICT JUDGE**